IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES FIDELITY AND
GUARANTY COMPANY                                                                PLAINTIFF

VS.                                                            CIVIL ACTION NO 5:05C229DCBJMR

ELIAS Y. RANTISI, KATHERINE
WOODLAND, INDIVIDUALLY AND
AS ADMINISTRATRIX OF THE ESTATE
OF DANNY WOODLAND AND ON
BEHALF OF THE WRONGFUL DEATH
BENEFICIARIES OF DANNY WOODLAND,
DECEASED                                                                              DEFENDANT

## ORDER OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being desirous of closing this matter on its docket,

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice as to all parties. If any party fails to consummate this settlement within 180 days, any aggrieved party may reopen the case for enforcement of the settlement agreement within ten (10) days, and if successful, additional attorneys' fees and costs from this date forward shall be awarded such aggrieved party or parties and against the party failing to consummate the agreement. The Court specifically retains jurisdiction to enforce the settlement agreement.

SO ORDERED, this the 8th day of June, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE